DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARIE BEATRIS SMITH,

Appellant,

v.

IGOR KLAPON,

Appellee.

No. 2D2024-1615

_____

January 3, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Wesley D. Tibbals, Judge.

Elizabeth L. Hapner of Hapner Law, Tampa, for Appellant.

Mark F. Baseman of Felix & Baseman, Tampa, for Appellee.

PER CURIAM.

Dismissed.  *See Stubbs v. Fed. Nat'l Mortg. Ass'n,* 250 So. 3d 151, 152-53 (Fla. 2d DCA 2018) (explaining that the failure to invoke this court's jurisdiction as to an appealable nonfinal order within thirty days of its rendition results in a fatal jurisdictional defect); *see also Perez v. Saima Grp. Corp.,* 347 So. 3d 421, 422 (Fla. 3d DCA 2022) ("[W]e lack appellate jurisdiction to review an order denying a successive [Florida

Rule of Civil Procedure] 1.540(b) motion where, as here, the grounds asserted in the successive motion were known to the movant at the time the movant filed the first rule 1.540(b) motion.").

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.